| | |
|---|---|
| 1  Donald J. Kula, Bar No. 144342<br>   DKula@perkinscoie.com<br>2  Amir Gamliel, Bar No. 268121<br>   AGamliel@perkinscoie.com<br>3  **PERKINS COIE LLP**<br>   1888 Century Park E., Suite 1700<br>4  Los Angeles, CA  90067-1721<br>   Telephone:  310.788.9900<br>5  Facsimile:  310.788.3399 | JS-6 |

Attorneys for Plaintiff
Educational Holdings, LLC, a Delaware Limited Liability Company registered to do business in the State of California and doing business as Zula International

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| EDUCATIONAL HOLDINGS, LLC, a Delaware Limited Liability Company registered to do business in the State of California and doing business as Zula International,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. DEBORAH MANCHESTER, an individual; and DOES 1 through 10, inclusive,<br><br>          Defendants.<br>------------------------------------------------<br>DR. DEBORAH MANCHESTER, an individual,<br><br>          Counter-Claimant,<br><br>     v.<br><br>EDUCATIONAL HOLDINGS, LLC, a Delaware Limited Liability Company registered to do business in the State of California and doing business as Zula International; ERIK ANDERSON, an | Case No. CV 13-05614-RSWL (Ex)<br><br>ORDER RE: DISMISSAL OF EDUCATIONAL HOLDINGS, LLC'S COMPLAINT AND DR. DEBORAH MANCHESTER'S CROSS-COMPLAINT IN THEIR ENTIRETY AND WITH PREJUDICE, SUBJECT TO THE COURT RETAINING JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT<br><br>*Stipulation re: Dismissal filed concurrently herewith*<br><br>[Hon. Ronald S.W. Lew]<br><br>Complaint Filed:  8/2/13<br>Cross-Complaint Filed:  9/13/13<br><br>Trial Date:  None set |

38959-0052/LEGAL27968372.1

Order re Dismissal with Prejudice of Complaint and Cross-Complaint

individual; CHARLES DELGRANDE, an individual and ROES 1 through 10, inclusive,

    Counterdefendants.

## ORDER

This Court, having considered the Stipulation re: Dismissal of Educational Holdings, LLC's Complaint and Dr. Deborah Manchester's Cross-Complaint in their Entirety and with Prejudice, Subject to the Court Retaining Jurisdiction to Enforce the Parties' Settlement Agreement (the "***Stipulation***"), entered by and between Plaintiff and Cross-Defendant Educational Holdings, LLC, a Delaware Limited Liability Company registered to do business in the State of California and doing business as Zula International ("***Zula***" or "***Plaintiff***"), by and through its counsel of record, Amir Gamliel, Esq. of Perkins Coie LLP, and Defendant and Cross-Complainant Dr. Deborah Manchester, an individual ("***Manchester***" or "***Defendant***"), by and through her counsel of record, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that all of Plaintiff's claims asserted in its Complaint, and all of Defendant's cross-claims asserted in her Cross-Complaint, including cross-claims asserted against Mr. Anderson and Mr. DelGrande, are dismissed in their entirety, and with prejudice, subject to this Court retaining jurisdiction to enforce the terms of the parties' settlement agreement.

Dated: October 10, 2013

RONALD S.W. LEW
_____
Honorable Ronald S.W. Lew
Senior U.S. District Judge